```
1   LAW OFFICES OF BILL LATOUR
2   MARK VER PLANCK [CSBN: 310413]
       1420 E. Cooley Dr., Suite 100
3      Colton, California 92324
4      Telephone: (909) 954-2380
       Facsimile: (909) 796-3402
5      E-Mail: fed.latour@yahoo.com
6
7   Attorney for Plaintiff
```

8                     U.S. DISTRICT COURT
9               EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LAFAURIE,               ) | No. 5:22-cv-01865-MCS-PVC |
|                              ) | |
|   Plaintiff,                 ) | ORDER AWARDING EAJA FEES |
|                              ) | |
|   v.                         ) | |
|                              ) | |
| KILOLO KIJAKAZI, Acting      ) | |
| Commissioner of Social Security, ) | |
|                              ) | |
|   Defendant.                 ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of FIVE THOUSAND NINE HUNDRED DOLLARS AND THIRTEEN DOLLARS AND 70/100 ($5,913.70).  and zero costs ($0.00), subject to the terms of the stipulation.

DATE:  6/9/23          _____

HON. PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

-1-